FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

2016 NOV 23  PM 1: 36

CLERK'S OFFICE
AT BALTIMORE

BY _____ DEPUTY

| | |
|---|---|
| Sandra S. Forquer<br>452 East Broadway<br>Bel Air, MD  21014<br><br>**Consumer**<br><br>vs.<br><br>SAMUEL I WHITE, P.C.<br>5040 Corporate Woods Dr., Suite 120<br>Virginia Beach, VA  23462<br><u>Serve On:</u><br>DANIEL PESACHOWITZ<br>SAMUEL I. WHITE, P.C.<br>611 Rockville Pike, Suite 100<br>Rockville, MD 20852<br>**Resident Agent**<br><br>JOHN E. DRISCOLL, III<br>LAURA D. HARRIS<br>DANIEL J. PESACHOWITZ<br>DEENA L. REYNOLDS<br>(Substitute Trustees)<br>ROBERT H. HILLMAN, ESQUIRE<br><u>Serve On:</u><br>DANIEL J. PESACHOWITZ<br>SAMUEL I. WHITE, P.C.<br>611 Rockville Pike, Suite 100<br>Rockville, MD 20852<br>**Resident Agent**<br><br>LAW OFFICE OF JEFFREY B SHULTZ, ESQ.<br>6030 Marshalee Drive, Suite 662<br>Elkridge, Maryland  21075<br>c/o JEFFREY B. SCHULTZ<br><br>DOMINION RENTAL HOLDINGS, LLC<br>Corporation Service Company<br>2711 Centerville Road, Suite 400<br>Wilmington, DE  19808 | Case Number:  **CCB 16 CV3795**<br><br><br><br><br><br><br><br>**VERIFIED CLAIM AND<br>ENFORCEMENT ACTION<br>FOR VIOLATIONS OF THE<br>FAIR DEBT COLLECTIONS<br>PRACTICES ACT**<br>15 USC § 1692 |

<u>Serve On:</u>
FRED LEWIS
1029 N Calvert Street
Baltimore, MD 21202
**Resident Agent**

CIRCUIT COURT FOR
HARFORD COUNTY
20 West Courtland Street
Bel Air, MD 21014
<u>Serve On:</u>
JAMES REILLY
Clerk of the Court of Circuit Court
for Harford County
20 West Courtland Street
Bel Air, MD 21014
**Resident Agent**

ANGELA M. EAVES
Administrative Judge of Circuit Court
for Harford County
20 West Courtland Street
Bel Air, MD 21014

JAMES REILLY
Clerk of the Court of Circuit Court
for Harford County
20 West Courtland Street
Bel Air, MD 21014

**Debt Collectors/Defendants**

The CONSUMER, Sandra S. Forquer, a natural woman, brings this Verified Claim and Enforcement Action for violations of the Fair Debt Collections Practices Act ("FDCPA") 15 U.S.C. § 1692. It is a federal question under 28 U.S.C. § 1331, and it is a federal issue, this Consumer is authorized by the Constitution for the United States of America, codified in the FDCPA, to enforce the law of the United States and to protect and defend those inalienable secured rights within the Constitution for the United States of America.

This is an action to enforce the liability of the Debt Collectors/Defendants for violations of this Consumer's protections under the FDCPA, Truth in Lending Act ("TILA"), Constitution for the United States of America, and other consumer protection laws which were enacted by Congress to protect Consumers from illegal, harassing, deceptive and abusive debt collection activities.

The rule of law governing this verified claim of injury and enforcement action is the FDCPA 15 U.S.C. § 1692, the Consumer Financial Protection Bureau ("CFPB") and Article III, Section 2 of the Constitution for the United States of America. The language to be used in this matter is the Plain Writing Act of 2010 - enacted by Congress through Executive Order 13563 and enforced by the CFPB and Federal Trade Commission ("FTC") – it requires federal agencies to use clear government communications that the public can easily understand and  written in plain language.  Any motions or pleadings, which are really communications pursuant to 15 U.S.C. § 1692a(2), that contain legalese and are not written in plain English for the Consumer to understand, will be intentionally confusing, abusive, profane, obscene and harassing to the reader, will be a violation of § 1692d(2), and be assessed at $5,000.00 per occurrence and added to this Consumer's verified claim.

Any response or communications to this Consumer's verified claim, from any Debt Collector/Defendant in the form of pleadings or otherwise, should be verified, under oath and penalty of perjury, as required by law. **There will be no exceptions**.  Any false statements made in any communications in this enforcement action and the individual will be committing perjury.  Each occurrence will be assessed at $25,000.00 and will be added to the Consumers damages.

Any defendant/debt collector/counsel attempting to come into this consumer matter, MUST have the proper license, and MUST be properly bonded and insured in an amount to cover all of the Consumer's damages in this enforcement action.

## INTRODUCTION

1. All of the Debt Collectors/Defendants named in this verified claim, acted in their individual and official capacity, and are jointly and severally liable for their criminal and tortious behavior and conduct. The individuals involved in this crime, used the private for-profit artificial corporations to abuse, harass, deceive, threaten, harm and injure the Consumer, a woman, who is natural in nature.

2. SAMUEL I. WHITE PC and the substitute trustees named above have injured and harmed the Consumer, Sandra Forquer, with their intentional and continuous illegal, deceptive and criminal violations of federal law in attempting to collect an alleged debt they erroneously labeled a foreclosure in a foreign state tribunal, the Circuit Court for Harford County, Case No. 12C13001357. This illegal foreclosure action was a debt collection action – not a foreclosure. The property at issue (known as 452 E. Broadway, Bel Air, Maryland 21014) is a dwelling and is personal, private property of the Consumer which was obtained for personal, family, and household use – not for commercial trade or business.

3. The Consumer, Sandra Forquer, brings this verified claim of injury and enforcement action before the court because of the substitute trustees **intentional refusal** to verify and validate an alleged debt they were attempting to collect (violation in 15 U.S.C. § 1692g(b)), and **for taking actions that strictly prohibit debt collectors** from engaging in abusive, deceptive, and unfair practices in a private foreign tribunal (violation in 15 U.S.C. § 1692i and § 1692f(6)).

4. This verified claim is not about a foreclosure, it is about the Debt Collectors/Defendants illegal behavior and criminal conduct, in continuing to collect on an alleged debt without prior consent from the consumer or a court of competent jurisdiction (violation in 15 U.S.C. § 1692c(a)), without verification and validation of any alleged debt

(violation in 15 U.S.C. § 1692g(b)), and for conducting an illegal non-judicial foreclosure action (violation in 15 U.S.C. § 1692i) to disable and dispossess a consumer from their personal private property/dwelling that was obtained for personal, family and household use (violation in 15 U.S.C. § 1692f(6)).

5.  The only issues before this court are the Debt Collectors/Defendants behavior and conduct in their criminal actions and continuous violations of the FDCPA 15 U.S.C. § 1692, and their liability to the Consumer for damages and injuries.

6.  The FDCPA is a strict liability statute and is not up for interpretation. Congress created the statute to be clear and plain on its face.

7.  This Consumer is a competent fact witness, and has first-hand knowledge of the illegal conduct and behavior of the Debt Collectors/Defendants that has occurred in this verified claim and enforcement action.

## JURISDICTION AND VENUE

8.  The court has jurisdiction over the subject matter. The subject is debt collection. The court has subject matter jurisdiction under 15 U.S.C. § 1692 and specifically § 1692k(d), and has subject matter jurisdiction over the Debt Collectors/Defendants, as they are defined in 15 U.S.C. § 1692a(6).

9.  This Court has subject-matter jurisdiction over this action because it presents a federal question, 28 U.S.C. § 1331, and the United States is a party, 28 U.S.C. § 1345.

10. The rules and procedures of the British Accredited Registry ("BAR") association apply to the Debt Collectors/Defendants, and not to this Consumer. This court has authority under Article I of the U. S. Constitution.

11. This Consumer is under the protection and jurisdiction of Article III, Section 2 of the Constitution for the United States of America ("Constitution"). Rules of procedure do not govern Article III, Section 2 of the Constitution.

12. This court is to supervise the Debt Collectors/Defendants, act as a witness and assist the Consumer in this enforcement action.

13. Sandra Forquer is a Consumer, a natural woman, as defined in 15 U.S.C. § 1692a(3), and a Creditor defined in 15 U.S.C. § 1692a(4) concerning this verified claim, and has jurisdiction under 15 U.S.C. § 1692k(a) to enforce this action.

14. The Consumer has authority and jurisdiction under Article III, Section 2 of the Constitution, and the federal protections of the FDCPA, CFPB, and other federal consumer protection laws. Article III, Section 2 of the Constitution, is where this Consumer's jurisdiction and authority derives from.

15. Under Article III, Section 2 of the Constitution and 28 U.S.C. § 1331 Federal Question, this Consumer has original jurisdiction and has standing to bring this verified claim and enforcement action.

16. Venue is proper because the Debt Collectors/Defendants are located, reside, and transact business in the Northern Division of this district, and the Debt Collectors/Defendants are Maryland residents. 28 U.S. Code § 100(1), 28 U.S. Code § 1391. The crimes and torts occurred in this district.

## **PARTIES**

17. The Consumer, Sandra S. Forquer, is defined in the FDCPA 15 U.S.C. § 1692a(3) and the Consumer is also a Creditor as defined in 15 U.S.C. §1692a(4). The alleged debt is defined in 15 U.S.C. § 1692a(5).

18. The United States ("U.S.") is a party to this Consumer's instruments (Note and Deed of Trust) and therefore is a party to this enforce action. The U.S. guarantees or is the surety of the Consumers instrumentalities of interstate commerce that were used by the Debt Collectors/Defendants in the illegal and criminal non-judicial debt collection action in a foreign state tribunal that is outside the jurisdiction of the U.S. When a

consumer creates a security instrument, the U.S. has an interest in those instruments and that is an obligation or other security of the U.S., pursuant to 18 U.S.C. § 8.

19. SAMUEL I WHITE, P.C., ("WHITE debt collectors") is a private for-profit foreign corporation, incorporated in Virginia, but has an office located in Maryland. SAMUEL I. WHITE, P.C. is a corporation that regularly engages in debt collection by attempting to collect, directly or indirectly, debts owed or due another, by using the U.S. mails to send communications/collection notices to consumers stating an amount of an alleged debt the consumer would have to pay to avoid a non-judicial foreclosure in Maryland, Virginia and District of Columbia, and is defined as a debt collector in 15 U.S.C. § 1692a(6), and is subject to the laws of the FDCPA.

20. The substitute trustee, JOHN E. DRISCOLL, III, ("WHITE debt collectors") is an employee of SAMUEL I. WHITE P.C., is a debt collector as defined in the FDCPA in 15 U.S.C. § 1692a(6), and is a member of a foreign entity called the BAR association.

21. The substitute trustee, LAURA D. HARRIS, ("WHITE debt collectors") is an employee of SAMUEL I. WHITE P.C., is a debt collector as defined in the FDCPA in 15 U.S.C. § 1692a(6), and is a member of a foreign entity called the BAR association.

22. The substitute trustee, DANIEL J. PESACHOWITZ, ("WHITE debt collectors") is an employee of SAMUEL I. WHITE P.C., is a debt collector as defined in the FDCPA in 15 U.S.C. § 1692a(6), and is a member of a foreign entity called the BAR association.

23. The substitute trustee, DEENA L. REYNOLDS, ("WHITE debt collectors") is an employee of SAMUEL I. WHITE P.C., is a debt collector as defined in the FDCPA in 15 U.S.C. § 1692a(6), and is a member of a foreign entity called the BAR association.

24. ROBERT H. HILLMAN, ("WHITE debt collectors") is an employee of SAMUEL I. WHITE P.C., is a debt collector as defined in the FDCPA in 15 U.S.C. § 1692a(6), and is a member of a foreign entity called the BAR association.

25.   The CIRCUIT COURT FOR HARFORD COUNTY ("TRIBUNAL") is a private for-profit corporation with a Dun & Bradstreet number 604511063, doing business as a provider of government services, but operates outside the jurisdiction of the United States of America.  This Defendant is liable in its individual and official capacities.  The TRIBUNAL was acting under color of law because:  the CIRCUIT COURT FOR HARFORD COUNTY claims to be a legitimate government entity as constructed by the people bound by the law of the Constitution for the United States of America, yet operates as a private for-profit corporation subjecting the people of Harford County, Maryland, to its corporate operations without disclosing its true nature.    The TRIBUNAL uses instrumentalities of interstate commerce, the U.S. mails (the United States Postal Service ("USPS")) for its communications, their primary function is debt collection, and is defined as a debt collector in 15 U.S.C. § 1692a(6).

26.   ANGELA M. EAVES ("EAVES") the administrative judge who presides over the TRIBUNAL, handles matters involving administrative law and is a member of the foreign BAR association.  This Defendant is joint and severally liable in her individual and official capacities.  DEFENDANT EAVES claims to be a legitimate government servant, under oath and duly sworn to protect and defend the Constitution for the United States of America. However, EAVES works for the private for-profit foreign corporation, the CIRCUIT COURT FOR HARFORD COUNTY, and is paid by the private corporation.  Conflict of interest arising to the fact she receives compensation from the private corporation.

27.   JAMES REILLY ("REILLY") the clerk of the court for the TRIBUNAL, is jointly and severally liable in his individual and official capacities.  DEFENDANT REILLY claims to be a legitimate government servant under oath, duly sworn to protect and defend the Constitution for the United States of America. However, REILLY works for the private

for-profit foreign corporation, the CIRCUIT COURT FOR HARFORD COUNTY, and is paid by the private corporation. Conflict of interest arising to the fact he receives compensation from the private corporation.

28. JEFFREY B. SCHULTZ, ESQ ("SCHULTZ"), is a member of the foreign BAR association who is an agent for and represents DOMINION RENTAL HOLDINGS LLC, the alleged buyer and debt collector from the illegal and criminal sale of the Consumers dwelling. SCHULTZ is a third party intervener in the illegal non-judicial debt collection action in the foreign state TRIBUNAL, and is acting as a debt collector, as defined in 15 U.S.C. § 1692a(6), using instrumentalities of interstate commerce and the U.S. mails (the USPS), and has taken a non-judicial action to effect dispossession of the Consumer and her family from their personal, private dwelling that was obtained for personal, family and household use (violation in 15 U.S.C. § 1692f(6)).

29. DOMINION RENTAL HOLDINGS LLC ("DOMINION"), a private for-profit foreign corporation that is financially affiliated with Wells Fargo Bank, N.A. ("WELLS FARGO"), that voluntarily participated in the illegal and criminal non-judicial foreclosure action and alleged sale of the Consumers property in the foreign state TRIBUNAL (violation in 15 U.S.C. § 1692i), and are acting as debt collectors, defined in 15 U.S.C. § 1692a(6), in attempting to effect dispossession of the Consumer and her family from their personal, private dwelling that was obtained for personal, family and household use (violation in 15 U.S.C. § 1692f(6)) using instrumentalities of interstate commerce and the U.S. mails (the USPS), through their agent SCHULTZ.

## **DEFENDANTS' VIOLATIONS OF THE FDCPA**

30. All future references to FDCPA 15 U.S.C. § 1692 will be abbreviated to "§ 1692", and will include the section of federal law that has been violated.

31. All of the Debt Collectors/Defendants are defined in 28 U.S.C. § 1603, are a separate legal person, an association, a limited liability company, member of the foreign BAR association, and a foreign state. They are foreign to the United States of America, and are subject to U.S.C. Title 15 - COMMERCE AND TRADE.

32. The WHITE debt collectors are collecting an alleged debt on behalf of another, using instrumentalities of interstate commerce, using the U.S. mails (USPS), and their primary purpose is the collection of debts, they are debt collectors as defined in § 1692a(6), and are subject to all the laws of the FDCPA and the CFPB.

33. The communications the Consumer received from the WHITE debt collectors stated very clearly that the communication was from a debt collector and they were attempting to collect a debt (see ANNEX A), thereby automatically invoking federal jurisdiction.

34. The WHITE debt collectors stated in their communications that if the Consumer disputes the alleged debt "*we will obtain verification of the debt or a copy of the judgment against you and mail a copy of such verification or judgment to you.*" (see ANNEX A).

35. The Consumer disputed the alleged debt with the WHITE debt collectors and requested verification and validation pursuant to § 1692g(b) (see ANNEX B).

36. As evidenced by the WHITE debt collectors January 13, 2012 letter (see ANNEX C), they never obtained verification from the original creditor, and never mailed such verification to this Consumer, violation in § 1692g(b).

37. Specifically, their communications stated "*Pursuant to the Federal Debt Collection Practices Act, we advise you that this firm is a debt collector attempting to collect the indebtedness referred to herein and any information we obtain from you will be used for that purpose.*" (see ANNEX C).

38. The Consumer received an express demand for payment letters from the WHITE Debt Collectors, that in order to not proceed with the illegal debt collection labeled *erroneously* as a foreclosure, this Consumer had to make a payment of $60,903.80 (see ANNEX D).

39. The Consumer sent numerous letters disputing the alleged debt with WELLS FARGO and WHITE debt collectors (see ANNEX E), requesting validation with competent verified evidence of the alleged debt they claimed was owed, pursuant to § 1692g(b).

40. Consumer received the statement from the WHITE debt collectors, *"We have verified that the debt is due and owing"*, with no sworn verification of an alleged debt (see ANNEX B).

41. The WHITE debt collectors responded to Consumer's notices of dispute by providing an alleged copy of instruments, such as a Note and Deed of Trust. The Consumer could not determine the authenticity of those documents, and has denied the signatures upon those instruments or that they actually have original, authenticated documents.

42. Additionally the documents proffered, fail to verify a debt, fail to verify any alleged amount due and owing, and fail to validate whether there is an alleged debt that is owed to WELLS FARGO. Specifically, the documents' proffered by the WHITE debt collectors in their responses, has named a party that was not the defendant, and has amounts adverse to the amounts demanded by the WHITE debt collectors in their dunning notices. The WHITE debt collectors have therefore failed to provide sufficient validation, verification and/or proof of any alleged debt and obligation or that such debt is owed by the Consumer.

43. Consumer is unable to ascertain the validity of WHITE debt collectors alleged debt and the amounts they claim is due and owing. The Consumer denied any loan was received by the alleged original creditor and was entitled to receive verification of original loan

level documentation to establish that such a loan was funded to the Consumer. Furthermore, the Consumer is unable to determine the validity of the WHITE debt collector's purported assignment of the alleged debt. They have provided no proof of a signature by the alleged original creditor indicating they sanctioned such transfer.

44. When this Consumer asked the WHITE debt collectors for verification and validation pursuant to the FDCPA, they were to respond with the truth and they did not. They tried to deceive the Consumer and they have committed perjury.

45. The Consumer never received **verification from the <u>original</u> creditor in the form of genuine loan level account documentation, and validation sworn to under penalties of perjury, and under oath,** from the WHITE debt collectors as required by federal law, thereby violating § 1692g(b).

46. The Consumer notified the WHITE debt collectors to cease all communications, pursuant to § 1692c(c) (see ANNEX E).

47. At no time prior to the initial communication from the WHITE debt collectors, did this Consumer ever give prior consent to the WHITE debt collectors to contact her, which is a violation of § 1692c(a). The law of the FDCPA is clear, a debt collector must obtain permission to contact a Consumer regarding an alleged debt. If they do not get permission, then the debt collectors are to obtain permission from a duly constituted court of competent jurisdiction.

48. On Sunday, May 12, 2013, Consumer, Sandra Forquer, found illegal foreclosure documents that were initiated in a foreign state TRIBUNAL, taped to her front door. An abusive, defamatory, humiliating and harassing tactic of the WHITE debt collectors, violation in § 1692d, in their attempt to force the Consumers into their jurisdiction.

49. The WHITE debt collectors were notified that the alleged debt was disputed and to cease communications with this Consumer until they provided verification and

validation, yet they continued with their deceptive, misleading, criminal, abusive and harassing debt collection activities, violation in § 1692g(b) and § 1692c(c). *Townsend v. Federal National Mortgage Assoc.*, 923 F.Supp.2d 828 (2013) "Citing Bartlett, the court held that once a debtor requests verification, the collector must provide it before resuming collection efforts…"

50. The United States Court of Appeals for the Fourth Circuit recently rendered a decision on October 7, 2016 in the matter of *McCray v. Federal Home Loan Mortgage, et al*, Appeal No. 15-1444, involving a foreclosure action initiated in Baltimore, Maryland, that stated SAMUEL I. WHITE, P.C., JOHN E. DRISCOLL, III, ROBERT E. FRAZIER, JANA M. GANTT, LAURA D. HARRIS, KIMBERLY LANE BITT, and DEENA L. REYNOLDS, are debt collectors as defined in the FDCPA. The court stated "In sum, …**the White Firm and the Substitute Trustees were debt collectors and that their actions in pursuing foreclosure constituted a step in collecting debt and thus debt collection activity that is regulated by the FDCPA."** *Emphasis added.*

51. The United States Court of Appeals for the Fourth Circuit, the Supreme Court and the CFPB have stated in numerous opinions that substitute trustees in foreclosure actions are debt collectors as defined by the FDCPA and their actions are debt collection that is regulated by the FDCPA. See *Townsend v. Federal National Mortgage Assoc.*, 923 F.Supp.2d 828 (2013); *Wilson v. Draper & Goldberg, P.L.L.C.,* 443 F.3d 373 (4th Cir. 2006); *Heintz v. Jenkins,* 514 U.S. 291, 294 (1995).

52. Since the WHITE debt collectors collection activities are regulated by the FDCPA, then conducting a non-judicial foreclosure action, to disable and dispossess a consumer from their dwelling are direct and intentional violations of the FDCPA § 1692i and 1692f(6).

53. They did not have prior consent to contact this Consumer, and they did not have the authority to initiate an illegal non-judicial foreclosure action to force this Consumer

into their private organization, known as the BAR association, with their illegal communications that misrepresented and implied they were affiliated with the U.S.

54. The WHITE debt collectors took an illegal non-judicial debt collection action in a TRIBUNAL that is a private for-profit foreign corporation operating outside the jurisdiction of the United States, using instrumentalities of interstate commerce[1], to effect disablement and dispossession of a Consumers dwelling, violations in § 1692e(4), § 1692e(5), § 1692e(9), § 1692e(10), § 1692f(6), § 1692i, and § 1692j.

55. The Consumer entered a Notice of Dispute into the illegal foreclosure action, noticing the WHITE debt collectors and TRIBUNAL that Sandra Forquer was a federally protected consumer and requested verification and validation pursuant to the FDCPA (see ANNEX F), thereby automatically invoking federal jurisdiction.

56. The WHITE debt collectors never verified nor validated the alleged debt pursuant to the Consumers request or the FDCPA, violation in § 1692g(b).

57. In the Matter of PRESSLER & PRESSLER, LLP, SHELDON H. PRESSLER, AND GERARD J. FELT, the CFPB found that:

17. "The Firm filed the majority of the lawsuits against consumers on behalf of Debt Buyers. Those Debt Buyers often could not support their collection activities **with basic documents, such as the original contracts underlying the alleged debts, documentation of the consumer's alleged obligation, or the chain of title evidencing that the debt buyer actually owned the debt and thus had standing to sue the consumer.** Respondents filed the lawsuits without independently investigating or verifying support for the suits, including whether the facts alleged were true, and in instances where they had information that the facts alleged were unsupported, including but not limited to where:

   a. **Consumers disputed, challenged, or questioned the validity or accuracy of the debt and Defendants failed to obtain Original Account-Level Documentation before continuing collecting on that account;** or" *(Emphasis added)*

---

[1] Instrumentalities of interstate commerce are the Consumers Note and Deed of Trust, alleged assignments, federal governmental forms, etc. Any information that gets exchanged across state lines, that information is an article in interstate commerce and Congress may regulate it.

58. The CFPB stated that before debt collectors go forward with a lawsuit, they must acquire genuine loan level account documentation from the original creditor, and review and verify the documentation. This information must be **verified under oath to the accuracy.**

59. When this Consumer requested verification and validation of the alleged debt, the WHITE debt collectors should have already had this information in their possession, been able to comply with federal law and provide it upon this Consumer's request.

60. Every action and communication in the illegal debt collection case in the TRIBUNAL, were violations in § 1692e(3), § 1692e(4), § 1692e(5), and § 1692j.

61. When the WHITE debt collectors failed to comply with federal and constitutional law, the TRIBUNAL never should have proceeded forward with the illegal non-judicial foreclosure action. The members of the TRIBUNAL have taken an oath to protect and uphold the Constitution and are expected to know the law.

62. The members of the TRIBUNAL aided and abetted the WHITE debt collectors in the fraudulent, illegal and criminal non-judicial foreclosure action (violation in § 1692i) to collect on a disputed alleged debt that was never verified nor validated (violation in § 1692g(b)), using instrumentalities of interstate commerce, and the U.S. mails. The TRIBUNAL and its members acted as debt collectors as defined in § 1692a(6).

63. The WHITE debt collectors and the TRIBUNAL have violated federal laws and this Consumer's federal protections, under the facade of Maryland real estate laws.

64. The Consumer transaction to obtain the principal dwelling is protected under TILA. If the Consumer had obtained real estate, then the FDCPA and TILA would not apply to the Consumers transaction. The WHITE debt collectors and the TRIBUNAL cannot change the Consumers transaction. They have misrepresented the character and legal status of the Consumers personal, private property/dwelling, violation in § 1692e(2)(A).

65. The Consumer is now aware that the dwelling/personal property has been improperly recorded in the county records as real estate. The Consumer never had real estate which is used for commercial trade or business. The Consumer has always had personal, private property, a principal dwelling that the primary use is for personal, family and household purposes, and is not subject to taxation from the municipal corporation of the state.

66. The TRIBUNAL and its members, violated the Consumers' federal and constitutional protections, and never proved their jurisdiction over the Consumer. The Consumer is not part of the Debt Collectors/Defendants private foreign organization known as the BAR association. The CONSUMER DOES NOT UNDERSTAND WHERE THE TRIBUNAL THINKS THEY HAVE JURISDICTION. Jurisdiction cannot be waived. Constitutional rights cannot be unknowingly waived.

67. The Consumer was forced by threat and under duress, into the foreign state TRIBUNAL action. A court cannot force a consumers consent. Consent is voluntary.

68. The Consumer is a least sophisticated consumer, who was deceived with false and fraudulent documents (violation in § 1692e(4-5), (10), § 1692j) that implied the WHITE debt collectors and TRIBUNAL had the judicial authority from the U.S. to conduct the foreclosure action (violation in § 1692e(1-3), (9), (13)), which was really an illegal debt collection action in a non-judicial tribunal (violation in § 1692i). False, deceptive or misleading representation is illegal (violation in § 1692e). They have committed perjury in every fraudulent and false communication sent to this Consumer. Perjury is a crime and punishable by law.

69. The WHITE debt collectors and TRIBUNAL are having forced contact with this Consumer. They have criminally trespassed[2] and used instrumentalities of interstate commerce to do it. Trespassing is a crime.

70. I, Sandra Forquer, am the originator, principal, and creator of the instruments (Note and Deed of Trust) that produced this Consumer transaction and asset account[3], defined in 15 U.S.C. § 1693a(2). The primary foundation of this transaction was to obtain a principal dwelling, defined in 15 U.S.C. § 1602(w), that was used for personal, family and household use. This was a federal consumer transaction protected under TILA, and is an obligation of the United States.

71. The Consumer's signature is the only signature on the instruments. I created those instruments and gave value to them. I am the maker, creator, original creditor, lender, and originator of those instruments. The original creditor that I created with those instruments is GSF Mortgage Corporation. WELLS FARGO cannot claim the position of creditor in this Consumers transaction.

72. It is clearly defined in TILA 15 U.S.C. § 1602g - a **"creditor" includes only an entity** that both "(1) regularly extends... consumer credit... for which the payment of a finance charge is or may be required, and (2) is the person to whom the debt arising from the consumer credit transaction is initially payable on the face of the evidence of indebtedness."

73. TILA's definition is restrictive and precise, referring only to a person who satisfies both requirements of the provision. Congress amended the definition of 'creditor' to exclude

---

[2] Criminal trespass is an unlawful intrusion that interferes with one's person or property. Any wrongful conduct directly causing injury or loss. A trespass gives the aggrieved party the right to bring a civil lawsuit and collect damages as compensation for the interference and for any harm suffered. Trespass is an intentional tort and, in some circumstances, can be punished as a crime.

[3] Account - means a demand deposit, savings deposit, or other asset account (other than an occasional or incidental credit balance in an open end credit plan as defined in section 1602(i) [1] of this title), as described in regulations of the Bureau, established primarily for personal, family, or household purposes, but such term does not include an account held by a financial institution pursuant to a bona fide trust agreement;

assignees. TILA's "creditor" definition, provides that "if an obligation is initially payable to one person, that person is the creditor even if the obligation by its terms is simultaneously assigned to another person." Because an assignee of a mortgage note is not the party to whom the loan is initially payable, an assignee is not a "creditor" under TILA, regardless of when the assignment takes place. If WELLS FARGO can never be a creditor, then they are a debt collector attempting to collect a debt allegedly due or owing to someone else.

74. The Federal Trade Commission's Code of Federal Regulations, 16 CFR § 433, regulates and protects assignments, as they are instrumentalities of interstate commerce. The FTC is the executive branch of the U.S.

75. The WHITE debt collectors allege that the debt/instruments were transferred to WELLS FARGO by the original creditor. They have provided no proof or evidence of a signature by the alleged original creditor indicating they sanctioned such transfer.

76. The Consumer creates the creditor, a creditor cannot create itself. WELLS FARGO self-assigned the Consumers instruments to themselves, and claims they are a creditor with rights to transfer and assign the Consumer's principal dwelling to the WHITE debt collectors. A servicer cannot legally or lawfully assign a Consumers instruments to themselves. Their conduct and behavior is criminal and fraudulent, and any alleged assignments by WELLS FARGO and the WHITE debt collectors are null and void.

77. If anyone other than the original creditor executes an assignment, which represents an instrument of the United States, they just impersonated an officer of the United States and that is a crime, and whoever does so is subject to a fine and up to 3 years in prison. The WHITE debt collectors did not have the legal or lawful authority to assign this Consumers instruments and property. Every single action that the WHITE debt

collectors, the TRIBUNAL, SHULTZ and DOMINION have taken are based on fraud. They have committed criminal acts against the Consumer and the United States.

78. The fraudulent assignments that were created and publicly recorded (violation in § 1692j), were compiled and designed in order to collect payment from the illegal sale of the Consumers personal, private property/dwelling. That is counterfeiting and they committed criminal acts while in interstate commerce.

79. I, Sandra Forquer, used my federal identifier (social security account) to obtain the Consumer dwelling. I created the instruments and gave value to them. When I create any instrument (note, deed of trust, credit card, etc.) that is an obligation[4] or other security of the U.S., pursuant to 18 U.S.C. § 8. The U.S. guarantees or is the surety of that instrument, and the U.S. is liable. When I create an instrument, the U.S. has an interest. **The United States is a party to this Consumer's instruments. None of the Debt Collectors/ Defendants are a party to those instruments.** The Debt Collectors/Defendants have trespassed on interstate commerce, and are fighting against the United States, the United States of America and the Consumer.

80. The WHITE debt collectors claim to have negotiable instruments of mine, my Note and Deed of Trust. They have refused to answer this Consumer's questions as to how they came to have them. They have refused to provide verified evidence of any alleged debt that they claim this Consumer owes.

81. The WHITE debt collectors are debt collectors as defined in the FDCPA, and the Fourth Circuit has established that fact in the above referenced cases. They have impersonated a capacity that was not due to them, and misrepresented themselves and

---

[4] 18 U.S. Code § 8 - Obligation or other security of the United States defined – The term "obligation or other security of the United States" includes all bonds, certificates of indebtedness, national bank currency, Federal Reserve notes, Federal Reserve bank notes, coupons, United States notes, Treasury notes, gold certificates, silver certificates, fractional notes, certificates of deposit, bills, checks, or drafts for money, drawn by or upon authorized officers of the United States, stamps and other representatives of value, of whatever denomination, issued under any Act of Congress, and canceled United States stamps.

their authority to this Consumer, violation in § 1692e. They initiated an illegal non-judicial foreclosure action when they had no legal authority to do so, violations in § 1692e(1-5), (9), (10), (13), § 1692f(1), (6), (8), and § 1692i.

82. The WHITE debt collectors took this Consumers personal, private information and made it public, and distributed it to third parties (TRIBUNAL, Auctioneer, DOMINION, SHUTLZ) without my authorization, violation in § 1692c(b).

83. The WHITE debt collectors have refused to provide verification and validation of any alleged debt as requested by this Consumer. The WHITE debt collectors have stolen my personal, private information and put it into a TRIBUNAL and into public record, without my authorization or consent, which is identity theft.

84. Neither WELLS FARGO nor the WHITE debt collectors, ever had my permission to use or disseminate my social security account number. The WHITE debt collectors NEVER HAD MY PERMISSION TO HAVE MY SOCIAL ACCOUNT NUMBER. They have obtained it illegally and without my authorization.

85. This Consumer was a victim of the robo-signing fraud committed by WELLS FARGO and their debt collectors. They were caught creating, recording and using fraudulent affidavits/assignments (violations of federal law § 1692e and § 1692j) to commit crimes against a natural person in their attempt to steal the Consumers dwelling.

86. The WHITE debt collectors designed and compiled deceptive and false communications that they recorded into a TRIBUNAL, which were used to mislead and deceive, and create the false belief in this Consumer that they had the authority to demand payment for an alleged debt (intentional violations in § 1692e(1-5), (10), (13)), and that they had a legal authority to sell the Consumers personal, private property.

87. The WHITE debt collectors entered communications (assignments, affidavits, etc.) in the illegal non-judicial foreclosure that were fraudulent, thereby committing perjury.

88. The WHITE debt collectors advertised the illegal sale of a Consumer's dwelling, that the primary use was for personal, family, household purposes.

89. **The advertisement for sale of ANY debt to coerce payment of the alleged debt is a violation in § 1692d(4).**

90. This Consumer disputed the alleged debt and never received verification or validation. The WHITE debt collectors have provided no evidence of any alleged debt and they have falsely represented the character, amount and legal status of an alleged debt, violation of § 1692e(2)(A).

91. The TRIBUNAL is not a judicial court and had no jurisdiction over an **interstate** matter, a consumer goods and property, or a federally protected consumer in the FDCPA, pursuant to § 1692i. They are a private for-profit corporation that is not affiliated with the United States, and have impersonated a capacity that was not due them, and misrepresented their authority to this Consumer, violation in § 1692e. EAVES continued with an illegal non-judicial foreclosure action when the TRIBUNAL had no legal or lawful authority to do so, violations in § 1692e(2-5), § 1692e(9), § 1692e(10), § 1692e(13), § 1692f(1), § 1692f(6), § 1692f(8), and § 1692i.

92. Is the Circuit Court of Harford County a circuit court of the United States? This Consumer recently discovered they are not. They have impersonated a United States court. When you impersonate the United States that is a crime. Where was the TRIBUNAL ever delegated any authority over a consumer transaction that is an obligation of the United States? The Consumer repeatedly challenged the TRIBUNAL's jurisdiction, which was questioning their authority to hear the matter. They ignored the Consumer and proceeded forward with their criminal actions in the illegal foreclosure.

93.   The TRIBUNAL could never have jurisdiction over a matter involving instrumentalities of interstate commerce, and they have committed crimes against the Consumer and the United States, as well as the United States of America, and the Constitution for the United States of America.

94.   Nowhere in federal law does it state that a debt collector can continue actions to collect on a disputed debt without verification and validation. The law of the FDCPA does not allow a debt collector to go around the Consumer. **Nothing in the FDCPA "shall be construed to authorize the bringing of legal actions by debt collectors", § 1692i(b).**

95.   The WHITE debt collectors have admitted to the fact that they do not have a legal interest in the Consumer's personal, private property because they refused to comply with federal law and provide the Consumer with the requested verification of the alleged debt pursuant to the FDCPA § 1692g(b).

96.   The behavior and conduct of the Debt Collectors/Defendants are illegal and constitute a crime.  They have intentionally violated federal laws, by using false, deceptive and misleading representations and means in connection with the collection of an alleged debt (violation in § 1692e). They all participated in a non-judicial foreclosure action in a foreign state tribunal outside the jurisdiction of the United States (violation in § 1692i), in an attempt to disable and dispossess the Consumer and her family from their personal, private property obtained for personal, family and household purposes (violation in § 1692f(6)).

97.   It has been stated repeatedly by the CFPB and the Supreme Court that foreclosure and eviction are steps in furtherance of collecting a debt.

98.   The behavior and conduct of the WHITE debt collector's illegal debt collection actions are domestic terrorism and aggravated assault, and have harmed and injured the Consumer.

99. When the alleged buyer and debt collector from the illegal sale of the Consumers personal, private property, began attempts to have the Consumer evicted (dispossession is eviction as defined by the CFPB and FDCPA, and is an attempt to collect a debt, violation in § 1692f(6)), the Consumer sent a demand for verification and validation of the alleged debt to the WHITE debt collectors, pursuant to the FDCPA (see ANNEX G), on May 31, 2016 – via Certified Mail# 7014 3490 0001 4101 6665 - which was received on June 3, 2016.

100. This Consumer received no response from the WHITE debt collectors, which is an intentional violation of the law in the FDCPA § 1692g(b).

101. The Consumer gave the WHITE debt collectors another opportunity to respond, by making a second demand on June 15, 2016 (ANNEX H) – via Certified Mail# 7014 3490 0001 4101 6689 - which was received on June 20, 2016.

102. The Consumer received **no response whatsoever from the WHITE debt collectors in the time period that was given to them.** Another intentional violation of the law in the FDCPA § 1692g(b).

103. The WHITE debt collectors have admitted, by their intentional refusal to respond to the Consumers numerous requests for verification and validation of an **unverified** alleged debt, that they had no legal or lawful authority to pursue their illegal non-judicial debt collection activities in the foreign state tribunal, and that they committed fraud when they illegally sold the Consumers dwelling that was obtained for personal, family and household purposes.

104. Unless the WHITE debt collectors provide verification and validation of an alleged debt, **there is no existence of a debt**, and the TRIBUNAL, SHULTZ and DOMINION could not continue their illegal and criminal debt collection activities.

105. If a debt collector obtains a Consumer's property/goods through identity theft, and criminal and deceptive means, the transaction or orders/judgments are illegal and void. The Debt Collectors/Defendants actions are illegal and constitute a crime[5]. NO ONE CAN BENEFIT FROM CRIME. The fraudulent and illegal sale of this Consumer's private, personal property is null and void, and of no further effect. "A universal principle as old as the law is that a proceedings of a court without jurisdiction are a nullity and its judgment therein without effect either on person or property." *Norwood v. Renfield*, 34 C 329; *Ex parte Giambonini,* 49 P. 732. "Fraud in its elementary common law sense of deceit... includes the deliberate concealment of material information in a setting of fiduciary obligation." "A public official is a fiduciary toward the public... and if he deliberately conceals material information from them he is guilty of fraud." *Donnelly v. Dechristoforo,* 1974.SCT.41709 ¶ 56; 416 U.S. 637 (1974) *McNally v. U.S.,* 483 U.S. 350, 371-372, Quoting *U.S. v Holzer*, 816 F.2d. 304, 307.

106. The Consumer noticed the TRIBUNAL and SCHULTZ that the WHITE debt collectors have never verified or validated the alleged debt which they used as the basis for initiating the illegal non-judicial foreclosure action (see ANNEX I).

107. The Consumer issued a Demand/Order to Cease and Desist into the TRIBUNAL on July 13, 2016, any further illegal debt collection actions pertaining to this matter, to all debt collectors involved in the illegal action, because of the WHITE debt collectors continuous refusal to comply with federal law (see ANNEX I). The FDCPA allows a consumer to invoke injunctive relief pursuant to § 1692c(c).

108. The Consumer constantly questioned the TRIBUNAL's jurisdiction to issue orders or judgments, and they never established jurisdiction on the record. I, Sandra Forquer, do

---

[5]Crime is defined in the dictionary as activity that is against the law; illegal acts in general; that may be prosecuted by the government; a violation of a law in which there is an injury to the public or a member of the public, which can involve a term in jail or prison and/or fines as possible penalties.

not understand where the Circuit Court for Harford County thinks they have jurisdiction over the Consumers, who are not artificial corporations. They are natural persons. "Jurisdiction is fundamental and a judgment rendered by a court that does not have jurisdiction to hear is void ab initio." *In Re Application of Wyatt*, 300 P. 132, *In Re Cavitt*, 118 P2d 846. "Thus, where a judicial tribunal has no jurisdiction of the subject matter on which it assumes to act, its proceedings are absolutely void in the fullest sense of the term." *Dillon v. Dillon*, 187 P 27.

109. The TRIBUNAL and EAVES ignored this Consumers notices to the court for lack of jurisdiction, and issued a judgment for possession to SCHULTZ and DOMINION from the illegal sale of the Consumer's dwelling.

110. The Consumer, again noticed the TRIBUNAL of the violations of federal and constitutional law, and their lack of jurisdiction over the illegal foreclosure action, and gave them an opportunity to vacate their void orders/judgments, but they refused (see ANNEX J).

111. The TRIBUNAL then issued a writ of possession (see ANNEX K) on October 17, 2016, to forcible dispossess and remove the Consumer and her family from their dwelling (violation in § 1692f(6)).

112. REILLY put his signature on the writ of possession, and has violated the Consumers Order/Demand to Cease and Desist that was issued pursuant to the FDCPA § 1692c(c).

113. EAVES issued illegal judgments, and violated the Consumers Order/Demand to Cease and Desist, and allowed REILLY to proceed with the illegal non-judicial foreclosure action and issue a writ of possession.

114. The Consumer again noticed the TRIBUNAL of the criminal and deceptive behavior and conduct of the WHITE debt collectors, and that the behavior and conduct of the

TRIBUNAL was aiding and abetting the fraud and criminal activity, and gave them an opportunity to vacate the writ of possession and they did not. (see ANNEX L).

115. The members of the TRIBUNAL are causing damage and injury to Consumers, who are natural persons, through force, intimidation and threats in executing a writ of possession that was issued through the denial of due process, to be executed by law-enforcement at the point of a gun. This is aggravated assault and battery, violation in § 1692d(1), § 1692e(5).

116. The TRIBUNAL knew all along they were dealing with Consumers, who are natural in nature. They have forced the Consumer without consent, who is a natural person, into a foreign state tribunal, and are waging war on the Constitution for the United States of America and federal law. *Cooper v. Aaron, 358 U.S. 1, 78 S. Ct. 1401 (1958),* "No state legislator or executive or judicial officer can war against the Constitution without violating his undertaking to support it. The constitutional theory is that we the people are the sovereigns, the state and federal officials only our agents." "Note: Any judge who does not comply with his oath to the Constitution, wars against that Constitution and engages in acts in violation of the supreme law of the land. The judge is engaged in acts of treason. The U.S. Supreme Court has stated that "no state legislator or executive or judicial officer can war against the Constitution without violating his undertaking to support it"." See also *In Re Sawyer*, 124 U.S. 200 (188); *U.S. v. Will*, 449 U.S. 200, 216, 101 S. Ct. 471, 66 L. Ed. 2d 392, 406 (1980); *Cohens v. Virginia*, 19 U.S. (6 Wheat) 264, 404, 5 L. Ed 257 (1821).

117. There is an obstruction of justice from the TRIBUNAL, EAVES, REILLY, WHITE debt collectors, SCHULTZ and DOMINIION trying to act like they are not debt collectors. They are all trying to deceive the Consumer, and to illegally benefit from the Consumer, take the Consumer's assets, and criminally steal, disable and dispossess

the Consumer and her family from their dwelling. *Owen v. Independence*, 100 S.C.T. 1398, 445 US 622: "Officers of the court have no immunity, when violating a Constitutional right, from liability. For they are deemed to know the law."

118. The Debt Collector/Defendants cannot force their jurisdiction, rules and procedures on a Consumer, a natural woman. They are members of a foreign association called the BAR. They are foreigners harming natural persons. They are not authorized by the U.S. Constitution, but they are amendable to it.

119. SHULTZ, DOMINION, and the TRIBUNAL were noticed of the criminal actions of the WHITE debt collectors, and that the Consumer disputed the alleged debt and never received verification and validation, pursuant to the FDCPA, § 1692g(b).

120. SHULTZ and DOMINION continued to enter motions (see ANNEX M), which are communications pursuant to § 1692a(2), into the illegal and criminal non-judicial debt collection action in the TRIBUNAL, in order to obtain an order of possession and a writ of possession to forcibly remove the Consumer and her family. **Taking any non-judicial action to effect disablement or dispossession** of a consumer when there is no legal or lawful right, is a direct violation in § 1692f(6). If a debt collector claims an interest in real property they must do so in a judicial district, a violation in § 1692i.

121. SHULTZ and DOMINION were given two opportunities to verify and validate that the WHITE debt collectors had the legal and lawful authority to allegedly sell the Consumer's dwelling, pursuant to the FDCPA, and they failed or refused to respond appropriately (see ANNEX N).

122. The FDCPA is clear, even if an alleged debt is reduced to a judgment, it is still a debt, and the consumer can demand verification and validation of the alleged debt which was used as the basis for obtaining a judgment (§ 1692g(b)).

123. SHULTZ and DOMINION have violated this Consumers Order/Demand to Cease and Desist, and have continued their illegal behavior and conduct to effect dispossession of the Consumers, knowing that the conduct and behavior of the WHITE debt collectors and the TRIBUNAL were criminal.

124. SHULTZ and DOMINION have chosen to ignore this Consumers verified claims of criminal activity, and have chosen to continue their voluntary participation in the illegal foreclosure action. If someone is noticed of criminal activity, and they chose to continue to participate, then **they become an accomplice and coconspirator to the criminal activity.**

125. The CFPB's Amicus Brief in Support, *Birster v. American Home Mortgage Servicing, Inc.*, No. 11-13574-G:

> "To state a claim under most provisions of the FDCPA, a plaintiff must show both that the defendant is a "debt collector" and that the challenged conduct related to debt collection." "An entity that satisfies both definitions of "debt collector" remains a "debt collector" subject to the entire FDCPA even if it is enforcing a security interest in a particular case.

126. SHULTZ and DOMINION's behavior and conduct is directly related to an illegal debt collection action conducted by the WHITE debt collectors. SHULTZ and DOMINION have been noticed that the alleged debt, that was the basis for the illegal and criminal sale of the Consumers personal private property, was disputed and never verified or validated with the previous debt collectors.

127. SHULTZ and DOMINION are using a fraudulent substitute trustee's deed executed illegally by the WHITE debt collectors, and an unverified/unsigned federal HUD-1 document, which are instrumentalities of interstate commerce, to say they have a right to take possession of a consumer's principal dwelling.

128. SHULTZ and DOMINION have no legal or lawful authority because the illegal sale of the Consumers dwelling was based on fraud, violation in § 1692e(2), (5), (10).

129. This Consumer discovered evidence to indicate that collusion and conspiracy was involved in the illegal sale of the Consumers dwelling, between WELLS FARGO (the servicer) and DOMINION. No one has come forth to rebut that evidence under oath.

130. The Consumer has given the WHITE debt collectors several opportunities to verify and validate the alleged debt and they have not. The undisputed fact still remains, that the WHITE debt collectors have refused to comply with federal law, and their illegal behavior and conduct constitute criminal activity.

131. They have committed perjury, created false and fraudulent documents (violation in § 1692j), refused to comply with constitutional and federal laws (violation in § 1692d(1-2), (4), § 1692e(3), (4), (9-10), § 1692g(b)), initiated and conducted an illegal non-judicial foreclosure action (violation in § 1692i) to effect disablement and dispossession of a Consumer's dwelling (violation in § 1692f(6)), and they are committing outright theft under the color of law, and the TRIBUNAL, EAVES and REILLY have assisted them. *70 Am. Jur. 2nd Sec. 50, VII Civil Liability*, "Fraud destroys the validity of everything into which it enters"; *Nudd v. Burrows, 91 U.S 426*, "Fraud vitiates everything"; *Boyce v. Grundy, 3 Pet. 210*, "Fraud vitiates the most solemn contracts, documents and even judgments."

132. The Consumer is a natural woman, one of the people of the United States of America. The taking of a Consumers personal, private property is a constitutional protection, protected under Article III of the Constitution that has been afforded to "we the people". The WHITE debt collectors, the TRIBUNAL, REILLY, EAVES, SCHULTZ and DOMINION are warring against the Constitution, and committing criminal acts upon the United States of America and the Consumer.

133. When the Debt Collectors/Defendants exceeded their jurisdiction and trespassed into interstate commerce, they lost all immunity for their criminal actions.

134. The WHITE debt collectors, the TRIBUNAL, REILLY, EAVES, SCHULTZ and DOMINION are having forced contact with this Consumer, all without the Consumer's prior consent, and without any verification or validation of an alleged debt. They have lied to this Consumer, they are self-assigning and stealing my instruments without my consent and authority, they are stealing the Consumers' dwelling, and threatening physical violence to remove the Consumers in order to criminally take possession of the principal dwelling. They are committing crimes against the Consumer with intent to commit serious harm, which is aggravated assault and battery against the Consumer, who is a natural person.

135. Any debt collector who fails to comply with any provision of the FDCPA, and the person or persons **ARE LIABLE,** 15 USC § 1692k.

136. The Consumer will allow the WHITE debt collectors an opportunity to comply with federal law while in a federal judicial district. They have FIVE (5) days from the date of receiving this verified claim and enforcement action, to provide the verification and validation that they were required to provide according the law in the FDCPA, 15 U.S.C. § 1692g(b), all rules and regulations by the CFPB and the FTC.

137. THIS COURT IS A WITNESS TO THE CONSUMER'S <u>FINAL</u> DEMAND TO THE WHITE DEBT COLLECTORS FOR VERIFICATION AND VALIDATION OF THE ALLEGED DEBT.

138. The WHITE debt collectors have a duty and obligation to perform as required within the specified time that is being given to them. **They must obtain and provide verification from the original creditor in the form of genuine loan level account documentation, and provide validation sworn to under oath, under penalties of perjury. This Consumer also wants a complete transactional history showing all payments from the inception, and verified under oath, under penalties of perjury.**

139. As a Consumer with protections under the FDCPA, FCRA, TILA, the CFPB and the U.S. Constitution, Congress has afforded me a statutory "private right of action" for damages caused by the illegal, deceptive and abusive activities of a debt collector. A Consumer has the private right to exercise every provision in the consumer protection laws and all constitutional protections.

140. The CFPB affirms that Congress intended the FDCPA to be primarily self-enforcing, and the consumer does not have to ask permission to enforce.  The CFPB's Supplemental Amicus Brief for *Bock v. Pressler, LLP* No. 15-1056 stated:

> "The Bureau has a substantial interest in plaintiffs' standing under Article III to bring suit in federal court to assert their rights under the Fair Debt Collection Practices Act (FDCPA or Act). Although the Bureau and various other federal agencies have authority to enforce the Act, 15 U.S.C. § 1692*l*, **Congress intended the Act to be "primarily self-enforcing," in that "consumers who have been subjected to collection abuses will be enforcing compliance," S. Rep. No. 95-382, at 5 (1977). An unduly narrow understanding of Article III standing would limit consumers' ability to exercise the Act's private right of action and thereby weaken an important supplement to the Bureau's own enforcement efforts.** *Emphasis added.*

141. This Consumer has told the Debt Collectors/Defendants to stop their criminal behavior and conduct, and they have refused to comply.  Therefore, THIS COURT IS TO ASSIST THE CONSUMER IN THIS ENFORCEMENT ACTION.

142. I am here as a Consumer, a natural woman, and for this court to bear witness to my statutory private right of action.

143. If the WHITE debt collectors feel they have a verified and valid claim to the Consumers personal, private property, then they need to file a verified counterclaim into this action.

# STATEMENT OF DAMAGES

WHEREFORE, if the WHITE debt collectors do not perform as required by the statute within FIVE (5) days and provide verification and validation of the alleged debt, the Consumer's wishes are that the court ratify her demand for civil damages under 15 U.S.C. § 1692k for:

a) actual damages assessed as a result of the WHITE debt collectors illegal actions for $2,640,000.00 (see ANNEX O) in 15 U.S.C. § 1692k(a)(1) plus interest; and

b) the value of $404,000.00 ($202,000.00 for the value in the Note and $202,000.00 for the value in the Deed of Trust) to be returned to this Consumer, who is the principal on both of her instruments; and

c) punitive damages assessed from the WHITE debt collectors of $5,000,000.00, in 15 U.S.C. § 1692k(b)(1), for the past 5 years of intentional and continuous deceptive, tortious and criminal behavior and conduct, abuse, harassment, the outright theft of a Consumer's personal, private property, the Consumer's time, costs, and the intentional infliction of severe emotional distress, aggravated assault and battery, which are all violations of 15 U.S.C. § 1692d(2) and 15 U.S.C. § 1692d(4); and

d) actual damages assessed of $1,000,000.00 each, from James Reilly the clerk of the court, Angela Eaves, administrative judge, and the Circuit Court for Harford County, for the current and future value of the dwelling, for aiding and abetting the fraudulent and criminal actions of the WHITE debt collectors, for violating the Consumers Order/Demand to Cease and Desist, and for illegally issuing a judgment for possession and writ of possession against the Consumer; and

e) actual damages assessed of $1,170,000.00 (see ANNEX P) from Jeffrey Schultz for the current and future value of the dwelling that he is assisting DOMINION to illegally obtain, for violating the Consumers Order/Demand to Cease and Desist, by

continuing to take actions in the illegal non-judicial foreclosure action to obtain possession of the Consumers dwelling, for scheduling an eviction date with the sheriff's office for Harford County to effect dispossession, and threatening the use of violence (violation in 15 U.S.C. § 1692d(1)) to forcible remove the Consumer and her family from their dwelling, which is aggravated assault and battery; and

f) actual damages assessed of $1,170,000.00 (see ANNEX Q) from DOMINION RENTAL HOLDINGS LLC for the current and future value of the dwelling they are attempting to steal, by continuing their voluntary participation in the illegal non-judicial debt collection action, through their agent SCHULTZ, to illegally disable and dispossess the Consumer from the personal, private property, and threatening to forcible remove the Consumer and her family from their dwelling with violence (violation in 15 U.S.C. § 1692d(1)), which is aggravated assault and battery; and

g) statutory damages of $1,000.00 from each debt collector, in 15 U.S.C. § 1692k(2); and

h) any additional damages that the court deems appropriate in 15 U.S.C. § 1692k for the Debt Collectors/Defendants illegal and criminal behavior and conduct; and

i) within TEN (10) days from the date of receiving this enforcement action, the WHITE debt collectors must terminate and vacate the illegal foreclosure action with prejudice, in the Circuit Court for Harford County and remove all illegal and fraudulent documents they have filed in the County Recorder.

## **DEMAND FOR RELIEF**

The law of this case is the FDCPA and the Constitution for the United States of America, and it authorizes the Consumer to recover actual and statutory damages for any and all violations, through a statutory private right of action. The WHITE debt collector's illegal behavior and criminal conduct in collecting on an **unverified** disputed debt (violation in 15

U.S.C. § 1692g(b)) without verification and validation in a non-judicial foreclosure action conducted in a foreign state tribunal that operates outside the jurisdiction of the United States (violation 15 U.S.C. § 1692i) to effect disablement and dispossession of a Consumers principal dwelling (violation 15 U.S.C. § 1692f(6)). They have committed numerous violations of federal law to intentionally deceive, abuse, harass, oppress, terrorize, and cause undue burden on a Consumer, in order to steal the Consumer's personal, private property. They have refused to comply with a Consumers requests for verification and validation according to federal consumer laws, and they have refused to stop their criminal actions against the Consumer, the United States, and the United States of America.

The actions of the WHITE debt collectors, the TRIBUNAL, REILLY, EAVES, SCHULTZ and DOMINION are illegal. Illegal is criminal. No one can benefit from crime. Crime stops everything. If the WHITE debt collectors do not vacate all orders/judgments and dismiss the illegal action within the time frame given them, then this court will dismiss and vacate the illegal debt collection action in the TRIBUNAL with PREJUDICE. The fact is that the non-judicial foreclosure action is illegal.

**Within 10 days from the filing of this enforcement action, the Federal Judge assigned to this matter, will issue an Order and Decree, that all the Debt Collector/Defendants are permanently enjoined from committing future violations of the FDCPA, in continuing any further illegal debt collection actions against the Consumer, which includes executing the illegal writ of possession to effect dispossession of the Consumer and her family, until the WHITE debt collectors bring the foreclosure action in the proper judicial district, pursuant to 15 U.S.C. § 1692i.**

**IN CONCLUSION**, the Consumer is requesting this Court to bear witness and assist this Consumer with her statutory private right of action, and to ratify and enforce the civil liability of the foregoing violations of the WHITE debt collectors, the Circuit Court for

Harford County, James Reilly, Angela Eaves, Jeffrey Schultz, and Dominion Rental Holdings, LLC, if the WHITE debt collectors do not comply with the strict liability statute of the FDCPA, and perform within the specified time that is being allotted to them (5 days upon receipt of this claim and enforcement action), and to assist the Consumer in this enforcement action of the compensatory damages as stated above.

Date:  November 22, 2016,
Respectfully submitted,

Sandra S. Forquer, Consumer
All Rights Reserved without Prejudice
c/o 452 East Broadway
Bel Air, Maryland 21014
(410) 638-1850

## VERIFICATION

I, Sandra S. Forquer, a consumer, a natural woman, having first-hand knowledge, affirm, state and declare under penalties of perjury, that the facts set forth in this Verified Claim and Enforcement Action for Violations of the Fair Debt Collections Practices Act 15 USC § 1692 are true, correct, and not misleading, to the best of my knowledge, information and belief.

Executed this 22nd day of November, 2016,

Sandra S. Forquer, Consumer

STATE OF MARYLAND          )
                           )          **JURAT**
COUNTY OF HARFORD          )

I hereby certify that on this 22nd day of November, 2016, personally appeared before me, a Notary acting within and for the County of Harford, and State of Maryland, the signer and subject of the foregoing document, who signed or attested to the same in my presence, and proved with satisfactory evidence to be Sandra S. Forquer, a natural woman, who being duly sworn, declared the above to be true and correct, to the best of her firsthand knowledge, understanding, and belief of the facts stated in the foregoing document.

Given under my hand and seal this 22nd day of November, 2016.

Notary signature

Printed Notary name

My Commission expires: 9-13-20

*Notice: Use of Notary is for identification purposes only and shall not be construed against Declarant as adhesion, indicia, or submission to any foreign, domestic, or municipal jurisdiction or public venue.*