**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| SANDRA S. FORQUER | * | |
| Plaintiff | * | |
| v | * | Civil Action No. ELH-16-3795 |
| SAMUEL I. WHITE, P.C., | * | |
| JOHN E. DISCROLL, III, | | |
| LAURA D. HARRIS, | * | |
| DANIEL J. PESACHOWITZ, | | |
| DEENA L. REYNOLDS, | * | |
| ROBERT H. HILLMAN, | | |
| LAW OFFICE OF JEFFREY B. SHULTZ, ESQ. | | |
| DOMINION RENTAL HOLDINGS, LLC, | | |
| CIRCUIT COURT FOR HARFORD CO., | * | |
| ANGELA M. EAVES, and | | |
| JAMES REILLY | * | |
| Defendants | * | |

\*\*\*

## ORDER

For the reasons stated in the foregoing memorandum, it is this 2nd day of December, 2016, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. The complaint IS DISMISSED for failure to state a claim upon which relief may be granted;

2. The Clerk SHALL PROVIDE a copy of the foregoing Memorandum and a copy of this Order to plaintiff; and

3. The Clerk SHALL CLOSE this case.

_____/s/_____
Ellen L. Hollander
United States District Judge