**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| SANDRA S. FORQUER | * | |
| Plaintiff | * | |
| v | * | Civil Action No. ELH-16-3795 |
| SAMUEL I. WHITE, P.C., *et al*. | * | |
| Defendants | * | |

\*\*\*

**ORDER**

For the reasons stated in the preceding Memorandum, it is this 15th day of December, 2016, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. Plaintiff's Notice to Vacate Order of Dismissal (ECF 5), construed as a Motion to Alter or Amend under Fed. R. Civ. P. 59(e), IS DENIED; and

2. The Clerk SHALL PROVIDE a copy of this Order to plaintiff.

_____/s/_____
Ellen L. Hollander
United States District Judge