IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Sandra S. Forquer

**Consumer [Plaintiff]**

vs.

SAMUEL I. WHITE, et al

**Defendants**

Case Number: ELH-16-cv-3795

## NOTICE OF APPEAL

Notice is hereby given that Sandra S. Forquer, Consumer/Plaintiff in the above captioned case, hereby appeals to the United States Court of Appeals for the Fourth Circuit, the order entered in this case on December 2, 2016 by Judge Ellen L. Hollander. This action was improperly dismissed. The matter was brought pursuant to 28 USC § 1331, "federal question", 15 USC § 1692, and under Article III, Section 2 of the Constitution for the United States of America. The matter does present a valid claim, and the Consumer/Plaintiff does have standing to bring the action.

December 27, 2016
Date

Sandra S. Forquer
452 East Broadway
Bel Air, Maryland 21014
410-638-1850
ssforquer@yahoo.com

```
_____ FILED      _____ ENTERED
_____ LOGGED     _____ RECEIVED

      DEC 29 2016
         AT BALTIMORE
   CLERK, U.S. DISTRICT COURT
     DISTRICT OF MARYLAND
BY _____
                    DEPUTY
```

December 27, 2016

To the Clerk of the Court,

Enclosed you will find a Notice of Appeal for Case No. ELH-16-cv-3795, along with the Application to Appeal In Forma Pauperis.

Respectfully submitted,

Sandra S. Forquer
452 E. Broadway
Bel Air, MD 21014

**PRIORITY MAIL**

DATE OF DELIVERY SPECIFIED*
USPS TRACKING™ INCLUDED*
INSURANCE INCLUDED*
PICKUP AVAILABLE
* Domestic only

FLAT RATE ENVELOPE
FLAT RATE ★ ANY WEIGHT*

PS00001000014
EP14F Apr 2015
OD: 12 1/2 x 9 1/2

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

PRESS FIRMLY TO SEAL

UNITED STATES POSTAL SERVICE®
1024
21201

U.S. POSTAGE PAID
BEL AIR, MD 21014
DEC 28, 16
AMOUNT
$6.45
R2304M113385-12

Expected Delivery Day: 12/29/2016
USPS TRACKING NUMBER
9505 5105 5127 6363 0633 03

FROM:
452 E Broadway
Bel Air, MD 

TO:
U.S. District Court for the
District of Maryland
Garmatz Federal Courthouse
101 West Lombard St.
Baltimore, MD 21201

FILED
ENTERED
RECEIVED
DEC 29 2016


WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.

UNITED STATES POSTAL SERVICE®